AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR309 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20372-047 |
| | ) | |
| JAMES HENDERSON | ) | Karen Shanahan |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 1/18/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 72 months is reduced to 60 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated January 18, 2006 shall remain in effect.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2008
Effective Date: July 10, 2008

s/ Joseph F. Bataillon
Chief United States District Judge