## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,                )
                                                                  )
                                    Plaintiff,              )
                                                                  )            8:05CR309
                            vs.                              )
                                                                  )            ORDER
JAMES HENDERSON,                              )
                                                                  )
                                    Defendant.            )

Defendant James Henderson  appeared before the court on Friday, October 8, 2010 on a Petition for Warrant or Summons for  Offender Under Supervision [58].  The defendant  was represented by Assistant Federal Public Defender Karen M. Shanahan and  the United States was represented by Assistant U.S. Attorney Maria R. Moran.  The government did not request detention.   The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1.     A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon  in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 29, 2010 at 11:00 a.m.** Defendant must be present in person.

2.     The defendant is released on current conditions of supervision to include  a no contact provision with Asia Kellogg.  The defendant is also required to enter a treatment program approved by his supervising officer.

DATED this 8th day of October, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge