IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR309 |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | **AND CONTINUING DISPOSITION** |
| JAMES HENDERSON, | ) | |
| Defendant. | ) | |

The Defendant, James Henderson, by and through his attorney, Karen M. Shanahan, requested release from custody at the hearing before this Court on March 3, 2011. All parties agreed to the Defendant's release. The parties further agreed that disposition should be continued to allow the Defendant to complete the inpatient program at the New Beginnings Residential Program.

IT IS THEREFORE ORDERED:

1. The Defendant shall be released to a member of the Federal Public Defender's Office on March 4, 2011 at 9:00 a.m. to be transported to the New Beginnings Residential Program at 2037 Florence Boulevard in Omaha, Nebraska.

2. The Defendant shall adhere to the conditions of supervision previously imposed by this Court.

3. The Defendant shall have no contact under any circumstances with Asia Kellogg.

4. The Defendant shall participate in a batterer's intervention program prior to disposition of this matter.

5.     If the Defendant attempts to leave the aforementioned residential program prior to completion, the Court shall be notified immediately.

6.     Disposition of this case shall be continued until June 10, 2011 at 10:30 a.m.

DATED this 3rd day of March, 2011.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              United States District Court Judge